MONMOUTH PLUMBING AND SUPPLY COMPANY, RE-SPONDENT, v. GEORGE F. HERBERT ET AL. (ARLINGTON REALTY COMPANY), APPELLANT.

Submitted October 31, 1930—Decided April 10, 1931.

For the respondent, *Michael J. Tansey.*

For the appellant, *Charles F. Sexton.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered *per curiam* in the Supreme Court.

*For affirmance*—TRENCHARD, PARKER, LLOYD, CASE, BODINE, DALY, DONGES, VAN BUSKIRK, KAYS, DEAR, WELLS, JJ. 11.

*For reversal*—None.